470

**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Rodney Edward WALL, a/k/a Sld Dft**
**3:99–24–9, a/k/a Big Rodney,**
**Defendant—Appellant.**

No. 09–7681.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 18, 2009.

Decided: Feb. 24, 2010.

Rodney Edward Wall, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rodney Edward Wall appeals the district court's order denying Wall's 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Wall,* No. 3:99–cr–00024–FDW–9 (W.D.N.C. Aug. 31, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*